UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DARRYL LIGHTNING, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>LOCAL 120 PIPEFITTERS, )<br>)<br>    Defendant. ) | CASE NO. 1:05 CV 2105<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br><br>ORDER |

This action was filed on September 1, 2005. In an entry dated September 15, 2005, plaintiff was ordered to either pay the filing fee or file a signed, completed request to proceed *in forma pauperis*. Although that 30-day period has well expired, plaintiff has not paid the filing fee or filed an appropriate *in forma pauperis* application, nor has he sought additional time to do so.

Accordingly, this case is dismissed without prejudice. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

DATE: 12/1/05

CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE